DAVID L CHAPMAN
266 STATE ROUTE 34
MATAWAN, NJ  07747

Re:  YOUNG JIN SON  
26 CARTER STREET  
NORWOOD,  NJ  07648

Atty:  DAVID L CHAPMAN  
266 STATE ROUTE 34  
MATAWAN, NJ  07747

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-21197

**RECEIPTS AS OF 01/01/2024**  (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024**  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | U.S. TRUSTEE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | US BANK, N.A. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | DAVID L CHAPMAN | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**  
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $0.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $0.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.